IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kedzie Boulevard Café, Inc., *et. al.*, | ) | |
| | ) | **Case No. 20 CV 2692** |
| Plaintiffs, | ) | |
| | ) | **Judge Chang** |
| v. | ) | |
| | ) | |
| Society Insurance, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| Big Onion Tavern Group, LLC, *et. al.*, | ) | |
| | ) | **Case No. 20 CV 2005** |
| Plaintiffs, | ) | |
| | ) | **Judge Chang** |
| v. | ) | |
| | ) | |
| Society Insurance, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**KEDZIE BOULEVARD CAFÉ PLAINTIFFS' OPPOSITION TO REASSIGNMENT**

Plaintiffs in Case No. 20 CV 2692, Kedzie Boulevard Café, Inc., Elsewhere, LLC, and Flying Squirrel Industries, LLC (collectively the "Kedzie Plaintiffs"), by and through their undersigned counsel, state as follows as their Position Opposing Reassignment:

1. The Kedzie Plaintiffs oppose reassignment because it would unduly and unnecessarily delay the litigation and resolution of their claims.

2. Reassignment would not promote judicial efficiency based upon the widely varying nature of the numerous actions, which involve the resolution of specific and individualized factual issues – including but not limited to damages determinations.

3. Moreover, in light of the tremendous damage to their businesses that Plaintiffs have

already suffered, and will continue to suffer, time is of the essence to the Kedzie Plaintiffs.

4. Further, the Kedzie Plaintiffs do not believe that combining the actions for purposes of discovery will expedite or the other proceedings.

5. Counsel for the Kedzie Plaintiffs was unable to ECF file this document in Case No. 20CV2005, and for that reason is filing this statement of position in the present case.

**WHEREFORE**, the Kedzie Plaintiffs, by and through his undersigned counsel, respectfully requests the entry of an Order denying reassignment, and for such other and further relief as is appropriate under the circumstances.

**RESPECTFULLY SUBMITTED,**

By: **Michael I. Leonard**
**Counsel for Plaintiffs (in 20 CV 2692)**

**LEONARDMEYER LLP**
Michael I. Leonard
120 North LaSalle St., Suite 2000
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I further certify that I served this document, by way of e-mail, upon counsel in the other "Related" matters.

**By: /s/ Michael I. Leonard**